UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JODI MORALES,

        Plaintiff,

v.

MEGAN J. BRENNAN,

        Defendant.

------------------------------------------------------------x

**ORDER**

18 CV 8834 (VB)

       The Court conducted an on-the-record conference today at which plaintiff, proceeding pro se, and defendant's counsel appeared in person. It is HEREBY ORDERED:

       1.    Postmaster Raffaele Martino shall respond to questions 4, 5, and 6, in plaintiff's written deposition by February 28, 2020. If defendant's counsel has not received questions 4, 5, and 6 from plaintiff, plaintiff shall email the questions to defendant's counsel.

       2.    By January 31, 2020, defendant's counsel shall file a proposed protective order to enable plaintiff to seek written deposition responses from former employee Lauren (L.J.) Kelly. The deadline to obtain responses from Ms. Kelly is February 28, 2020.

       3.    The next case management conference is scheduled for April 2, 2020, at 11:00 a.m. If plaintiff wishes to respond to defendant's January 15, 2020 letter (Doc. #77) in advance of defendant's anticipated motion for summary judgment she may do so by March 26, 2020.

       The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: January 29, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge