UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JODI MORALES,
               Plaintiff,

v.

MEGAN J. BRENNAN, Postmaster General,
               Defendant.
------------------------------------------------------------x

**ORDER**

18 CV 8834 (VB)

This Order amends the Court's March 16, 2020, Order. (Doc. #94).

With respect to the case management conference scheduled for April 2, 2020, at 11:00 a.m., plaintiff and defense counsel each shall attend by calling the following number and entering the access code when requested:

Number: (888) 363-4749 (toll-free) or (215) 446-3662

Access Code: 1703567

The parties should be on the line by 11:00 a.m. and announce their names before speaking.

In the event plaintiff has retained counsel by the April 2, 2020, case management conference, counsel shall attend by using the above call-in information.

**By close of business tomorrow, March 20, 2020, defense counsel shall mail a copy of this Order to plaintiff and file on the ECF docket proof of service of same.**

Dated: March 19, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge