```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/08/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JODI MORALES,
                     Plaintiff,

v.

MEGAN J. BRENNAN, Postmaster General,
                     Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 8834 (VB)

      Defendant having filed a motion for summary judgment pursuant to Fed. R. Civ. P. 56 (Doc. #101), it is hereby ORDERED:

      1.     Defendant's motion is GRANTED IN PART and DENIED IN PART. The motion is GRANTED with respect to plaintiff's Title VII sex discrimination claim based on an alleged hostile work environment. The motion is DENIED with respect to plaintiff's claim that she was retaliated against after reporting alleged sexual harassment to her supervisor. To be clear the hostile work environment claim is dismissed, and the retaliation claim shall proceed.

      2.     A telephone conference is scheduled for **April 9, 2021, at 10:00 a.m.**, which time the Court will issue a bench ruling explaining the basis for its decision. Plaintiff and counsel for defendant shall use the following information to connect by telephone:

      **Dial-In Number: (888) 363-4749 (toll free) or (215) 446-3662**
      **Access Code: 1703567**

      3.     At the conference on April 9, 2021, the parties shall be prepared to discuss setting a trial date and a schedule for pretrial submissions. They shall also be prepared to discuss what efforts they have made, and will make, to settle this case, and how the Court can assist them in that regard.

      The Clerk is instructed to terminate the motion. (Doc. #101).

      Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 8, 2021
       White Plains, NY

                                                      SO ORDERED:

                                                      _____
                                                      Vincent L. Briccetti
                                                      United States District Judge