Copies Mailed/Faxed ~~& Mailed to TT~~
Chambers of Vincent L. Briccetti    4-9-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JODI MORALES,
                         Plaintiff,

v.
                         **ORDER**

MEGAN J. BRENNAN, Postmaster General,
                         18 CV 8834 (VB)    4/9/21
                    Defendant.
--------------------------------------------------------------x

       Today, the Court held a telephone conference on the record, which had been scheduled by Order dated March 8, 2021. That Order was mailed to plaintiff, who is proceeding pro se, at the address listed on the docket. (Doc. #124). Today's conference was attended by counsel for defendant. Plaintiff, however, failed to appear at the conference without excuse or explanation, thereby wasting the time of the Court and counsel.

       Accordingly:

       1.     A telephone conference is scheduled for **May 6, 2021, at 11:00 a.m.**, at which time the Court will issue a bench ruling explaining the basis for its decision on defendant's motion for summary judgment. Plaintiff is ORDERED to appear at the upcoming telephone conference on **May 6, 2021**. At the time of the scheduled conference, plaintiff and counsel for the defendant shall use the following information to connect by telephone:

       **Dial-In Number**: (888) 363-4749 (toll free) **or** (215) 446-3662
       **Access Code**: 1703567

       2.     The parties shall be prepared to discuss setting a trial date and a schedule for pretrial submissions. They shall also be prepared to discuss what efforts they have made, and will make, to settle this case, and how the Court can assist them in that regard.

       3.     Furthermore, plaintiff is ORDERED to submit a letter to the Court by **April 19, 2021**, explaining why she failed to appear for today's conference.

       4.     If plaintiff fails to comply with any aspect of this Order, or fails to appear at the May 6, 2021, telephone conference, the Court may dismiss this case for failure to prosecute and failure to comply with Court orders, in accordance with Fed. R. Civ. P. 41(b).

       5.     Plaintiff is also reminded of her obligation to update the Court in writing as to any change in her contact information, including any change to her address or telephone number. Failure to do so may result in the Court dismissing this case for failure to prosecute and for failure to comply with Court orders, in accordance with Fed. R. Civ. P. 41(b).

1

Chambers will mail a copy of this Order to plaintiff at the address listed on the docket. Chambers will also email a copy of this Order to plaintiff at jodim71395@gmail.com.

Dated: April 9, 2021
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge