

Case 7:18-cv-08834-VB

> APPLICATION GRANTED:
>
> The Clerk is instructed to place Doc. #144-2 under seal. Viewing access shall be restricted to the parties, including plaintiff Jodi Morales and defendant Louis DeJoy.
>
> Chambers will mail a copy of this Order to plaintiff at the address listed on the docket.
>
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.
> September 2, 2021.

By ECF

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Morales v. DeJoy*, No. 7:18-cv-8834 (VB)[1]

Dear Judge Briccetti:

    This Office represents defendant Louis DeJoy, in his official capacity as the Postmaster General of the United States Postal Service ("USPS"), in the above-captioned employment discrimination matter brought by *pro se* plaintiff Jodi Morales. I write respectfully to request that the Court seal docket entry 144-2.

    As the Court is aware, the Court granted the USPS's request to seal certain information in its motion *in limine*, specifically "documents detailing traumatic events experienced by plaintiff in February 2017." Dkt. No. 148. The Court's Order, however, also requires that "all documents relating to Plaintiff's medical history" be filed under seal. *See id.* Although the USPS redacted the portions of the documents that it had sought permission to seal, the USPS filed its motion before the issuance of the Court's Order and did not redact all information that is required by the Court's Order. After reviewing the publicly filed documents following the Court's order, docket entry 144-2 contains information that the Court directed be filed under seal. At our request, the Southern District ECF Help Desk has temporarily placed docket entry 144-2 under seal, pending an order from the Court.

    Accordingly, in light of the Court's Order (Dkt. No. 148), we respectfully request that the Court seal docket entry 144-2.

---

[1] Because Louis DeJoy replaced Megan J. Brennan as Postmaster General on June 15, 2020, he is automatically substituted as defendant pursuant to Fed. R. Civ. P. 25(d).

Page 2

I thank the Court for its consideration of this request.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney for the
                        Southern District of New York

By:   */s/ Danielle J. Levine*
       DANIELLE J. LEVINE
       MÓNICA P. FOLCH
       Assistant United States Attorneys
       Tel.:   212-637-2689/6559
       E-mail: danielle.levine@usdoj.gov
                monica.folch@usdoj.gov

cc:    Jodi Morales (via ECF and E-Mail)
       Plaintiff *pro se*