UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
JODI MORALES,
               Plaintiff,  :  **ORDER**

v.  :  18 CV 8834 (VB)

LOUIS DEJOY, Postmaster General,[1]  :
               Defendant.  :
--------------------------------------------------------------x

      For the reasons stated on the record at the final pretrial conference on September 29, 2021, defendant's motion in limine is granted.

      The Clerk is instructed to terminate the motion. (Doc. #142).

Dated: September 29, 2021
       White Plains, NY

                             SO ORDERED:

                             _____
                             Vincent L. Briccetti
                             United States District Judge

---

[1] The Clerk of Court is directed to update the caption as set forth herein, substituting Louis DeJoy, Postmaster General, for Megan J. Brennan pursuant to Fed. R. Civ. P. 25(d).