**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JODI MORALES,

                    Plaintiff,                18 CIVIL 8834 (VB)

      -against-                      **JUDGMENT**

LOUIS DEJOY, Postmaster General,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Vincent L. Briccetti, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
           October 7, 2021

                                                       RUBY J. KRAJICK
                                                       Clerk of Court

So Ordered:                                   BY:

_____                _____
U.S.D.J.                                                   Deputy Clerk